IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CRYSTAL S. CHAPMAN, : Civil No. 1:23-CV-01498
 :
 Plaintiff, :
 :
v. :
 :
MOTT'S LLP, :
 :
 Defendant. : Judge Jennifer P. Wilson

**<u>MEMORANDUM</u>**

Before the court is the report and recommendation of Chief United States Magistrate Judge Daryl F. Bloom recommending that the court grant Defendant's motion to dismiss for failure to prosecute and dismiss this case with prejudice. (Doc. 43.)  Chief Judge Bloom conducts a thorough analysis of each *Poulis* factor and finds that all weigh in favor of dismissing this action.  (*Id.*)  Plaintiff filed an objection containing four sentences wherein she states that she opposes dismissal, responded to Defendant's discovery, the court already ruled on her claim, and that Defendant violated her right to FMLA.  (Doc. 45.)  The court will liberally construe this as general objection to the report and recommendation.  Defendant opposes the objection arguing that Plaintiff provided no factual or legal support for her statements.  (Doc. 46.)

When a party raises only general objections to a report and recommendation, a district court is not required to conduct a de novo review of the report and

recommendation. *Goney v. Clark*, 749 F.2d 5, 6–7 (3d Cir. 1984). "To obtain de novo determination of a magistrate's findings by a district court, 28 U.S.C. § 636(b)(1) requires both timely and specific objections to the report." *Id.* at 6. Thus, when reviewing general objections to a report and recommendation, the court's review is limited "to ascertaining whether there is 'clear error' or 'manifest injustice'" on the face of the record. *Boomer v. Lewis*, No. 3:06-CV-00850, 2009 WL 2900778, at *1 (M.D. Pa. Sept. 9, 2009).

The court has reviewed Chief Judge Bloom's report and recommendation and finds no clear error or manifest injustice on the face of the record. The objection, at best, expresses disagreement with Chief Judge Bloom's analysis but does not address the *Poulis* factors. Accordingly, the court will adopt the report and recommendation, Doc. 46, grant Defendant's motion to dismiss, Doc. 39, and dismiss this action with prejudice for Plaintiff's failure to prosecute this case. An appropriate order will follow.

> s/Jennifer P. Wilson
> JENNIFER P. WILSON
> United States District Judge
> Middle District of Pennsylvania

Dated: February 17, 2026