IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRYSTAL S. CHAPMAN, | : | Civil No. 1:23-CV-01498 |
| Plaintiff, | : | |
| v. | : | |
| MOTT'S LLP, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

AND NOW, on this 17th day of February, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The report and recommendation, Doc. 43, is **ADOPTED**.

2) Plaintiff's objection, Doc. 45, is **OVERRULED**.

3) Defendant's motion to dismiss, Doc. 39, is **GRANTED**.

4) This action is **DISMISSED WITH PREJUDICE**.

5) The Clerk of Court is directed to close this case.

                                               s/Jennifer P. Wilson
                                               JENNIFER P. WILSON
                                               United States District Judge
                                               Middle District of Pennsylvania